explanation as to why this order cannot be fully complied with, and the supplement filed by Captain James on September 3, 2013, will not be considered unless Appellant specifically consents to its consideration.

No. 14–0009/AR.   U.S. v. Jesus Gutierrez, Jr.   CCA 20120104.   Appellee's motion for leave to file a supplemental joint appendix is granted.

No. 14–0134/AR.   U.S. v. Brett M. Gaskill.   CCA 20110028.   Appellee's motion to file a ten-day answer letter out of time is denied.

No. 14–0275/AR.   U.S. v. Emanuel R. Waters.   CCA 20111073.   Appellant's motion to extend time to file the supplement to the petition for grant of review granted to January 9, 2014.

No. 14–0277/MC.   U.S. v. Ronald Murphy.   CCA 201300100.   Appellant's motion to extend time to file the supplement to the petition for grant of review granted to January 9, 2014.

No. 14–0282/MC.   U.S. v. Nathan G. Symanksy.   CCA 201300123.   Appellant's motion to extend time to file the supplement to the petition for grant of review granted to January 13, 2014.

No. 14–0283/AF.   U.S. v. Justin M. Piolunek.   CCA 38099.   Appellant's motion to extend time to file the supplement to the petition for grant of review granted to January 13, 2014.

Thursday, December 26, 2013

No. 13–0442/MC.   U.S. v. Charles C. Hornback.   CCA 201200241.   Appellee's motion to correct errata is granted.

No. 13–0487/AF.   U.S. v. Marquis W. Knight.   CCA 38083.   Appellant's motion to extend time to file the supplement to the petition for grant of review granted to January 13, 2014.

No. 14–0225/AR.   U.S. v. Anthony D. McGeathey.   CCA 20110990.   Appellant's motion to extend time to file the supplement to the petition for grant of review granted, *but only up to and including January 10, 2014,* and *absent extraordinary circumstances, no further extension of time will be granted in this case.*